UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ULLOA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. JACOBSEN, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-03019-HSG (PR)<br><br>**ORDER GRANTING MOTION TO RELATE CASES; GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 14, 15 |

Good cause appearing, the Court agrees to relate cases 18-cv-3019 HSG and 18-cv-3389 RS. The Clerk shall reassign 18-cv-3389 RS to the undersigned. The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge ("HSG") after the case number.

Good cause appearing, defendants' motion for an extension of time to file a dispositive motion in 18-cv-3019 HSG is GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **March 11, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Dkt. Nos. 14 and 15.

**IT IS SO ORDERED.**

Dated:　　12/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge