UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ULLOA,<br><br>        Plaintiff,<br><br>    v.<br><br>C. JACOBSEN, et al.,<br><br>        Defendants. | Case No. 18-cv-03019-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS'**<br>**ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 17 |

Good cause appearing, defendants' motion to first file a motion for summary judgment addressing exhaustion of administrative remedies and to later (if necessary) file a merits-based summary judgment motion is GRANTED.

This order terminates Dkt. No. 17.

**IT IS SO ORDERED.**

Dated: 2/5/2019

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge