UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ULLOA,<br><br>    Plaintiff,<br><br>v.<br><br>C. JACOBSEN, et al.,<br><br>    Defendants. | Case No. 18-cv-03019-HSG (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: 1/21/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge